# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

jtemkin@maglaw.com
212.880.9470

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
PIPPA HYDE***
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

May 14, 2024

**MEMO ENDORSED**

**The parties' joint request to adjourn the Status Conf. from May 17, 2024 until June 5, 2024 at 12 noon is GRANTED. The Gov't is directed to submit a proposed order granting speedy trial time. Clerk of Court is requested to terminate the motion at ECF No. 10.
Dated: White Plains, NY
        May 14, 2024**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

**BY ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    *United States v. Jack N. Sardis*, 24 Cr. 102 (NSR)

Dear Judge Román:

On behalf of defendant Jack N. Sardis, and with the concurrence of the government, we respectfully request an adjournment of the status conference currently scheduled for May 17, 2024. We have consulted with the government and, subject to the Court's availability, the parties jointly request that the conference be rescheduled for any time after 3:30 pm on June 4, any time on June 5, any time after 11:30 am on June 6, or any time in the afternoon of June 7.

Given that the purpose of the requested adjournment is to permit the parties to continue our discussions regarding a potential disposition, we agree that the time from May 17, 2024 through the date of the next hearing should be excluded pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

Thank you in advance for your attention to this request.

Respectfully submitted,

/s/ Jeremy H. Temkin
Jeremy H. Temkin
Matthew Garry

cc:    Assistant U.S. Attorney Jeffrey Coffman (via email and ECF)
       Assistant U.S. Attorney James McMahon (via email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/14/2024