# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com
———
WRITER'S CONTACT INFORMATION

jtemkin@maglaw.com
212-880-9470

September 5, 2024

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
———
RETIRED/PARTNER EMERITUS
PAUL R. GRAND
———
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

**MEMO ENDORSED**

**Deft's request to adjourn the Sentencing from Sept. 26, 2024 until Oct. 7, 2024 at 12:15 pm is GRANTED with the Govt's consent. The corresponding deadlines for submission of sentencing memorandum are also adjourned. Clerk of Court is requested to terminate the motion at ECF No. 16.**

**Dated: September 6, 2024** SO ORDERED:
       **White Plains, NY**

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

**VIA ECF**
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    *United States v. Jack N. Sardis*, No. 7:24-cr-102-NSR

Dear Judge Román,

    On behalf of defendant Jack N. Sardis, we write to request a two-week adjournment of the sentencing hearing, currently scheduled for September 26, 2024.  This is the first request to adjourn Mr. Sardis's sentencing.

    We have consulted with the government, and they consent to the requested adjournment. Subject to the Court's availability, the government, defense counsel, and Mr. Sardis are all available on October 7, 8, the morning of October 11, or any day during the week of October 14. Finally, we also request that the corresponding deadlines for Mr. Sardis's sentencing memorandum (due two weeks before sentencing) and the government's sentencing memorandum (due one week before sentencing) be adjusted based on the new sentencing date.

    Thank you for your consideration of this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:      **9/06/2024**

Respectfully submitted,

/s/ Jeremy H. Temkin
Jeremy H. Temkin
Matthew Garry
*Counsel to Jack Sardis*

cc:    Assistant U.S. Attorney Jeffrey Coffman (via email and ECF)
        Assistant U.S. Attorney James McMahon (via email)
        United States Probation Officer Sara Willette (via email)
        Ms. Gina Sicora (via email)