UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| - v. - | ) |
| | ) 24-cr-102 (NSR) |
| JACK N. SARDIS, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant Jack Sardis's unopposed letter motion for an order instructing the Pretrial Services Office to return Mr. Sardis's passport, it is hereby:

**ORDERED** that the letter motion is **GRANTED**; and

It is further **ORDERED** that the Pretrial Services Office is directed to release Mr. Sardis's passport to Mr. Sardis or a representative of the law firm Morvillo Abramowitz Grand Iason & Anello P.C.

Clerk of Court is requested to terminate the motion at ECF No. 25.

Dated: White Plains, New York

May __28__, 2025

SO ORDERED

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2025